UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Dennis Alan Field,

       Plaintiff,

                            ORDER ADOPTING
v.                        REPORT AND RECOMMENDATION

Bank of America,

       Defendant.              Civ. No. 11-1342 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Plaintiff's application to proceed <u>in forma pauperis</u>, (Docket No. 2), be DENIED; and

2. This action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).


DATED: December 6, 2011                      s/Michael J. Davis
At Minneapolis, Minnesota              Michael J. Davis, Chief Judge
                                                  United States District Court